IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THARON B. HILL, ) | No. C 07-3170 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER OF DISMISSAL; DENYING MOTION TO HOLD PETITION IN ABEYANCE** |
| v. ) | |
| ) | |
| STATE OF CALIFORNIA, ) | |
| ) | **(Docket No. 2)** |
| Respondent. ) | |
| _____ ) | |

On June 15, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a conviction and sentence on murder charges brought in Butte County Superior Court in 1988. On June 22, 2007, petitioner filed a "Motion to Hold Writ of Habeas Corpus in Abeyance," in which he indicates he previously filed a federal habeas petition challenging the same conviction and sentence.

A second or successive petition may not be filed in the district court unless the petitioner first obtains from the appropriate United States Court of Appeals an order authorizing the district court to consider such petition. See 28 U.S.C. § 2244(b)(3)(A). In support of the instant motion, petitioner states that he "in his haste made a gross error when failing to apply" to the United States Court of Appeals for the Ninth Circuit for permission to file a second or successive petition. Petitioner cites no authority, and this Court is aware of none, permitting a district court to hold "in abeyance" a second or successive petition that the Court of Appeals has not authorized the district court to consider under § 2244(b)(3)(A), and

1  the statute itself provides for no such relief; indeed the statute expressly requires that the
2  authorization from the Court of Appeals be obtained "before" the second or successive
3  petition is "filed" in district court.  See id.
4      Accordingly, petitioner's motion to hold the instant petition in abeyance is hereby
5  DENIED and the instant petition is hereby DISMISSED without prejudice to refiling after
6  petitioner obtains the necessary authorization from the Ninth Circuit.
7      The Clerk shall close the file and terminate Docket No. 2.
8      IT IS SO ORDERED.
9  DATED: June 27, 2007

_____
MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California